UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| UNITED STATES OF AMERICA, Plaintiff, v. CHRISTOPHER SHAUN WEBB, Defendant. | Case No. CR06-294-MJP<br>CR06-459-MJP<br>CR06-465-MJP<br><br>**PROPOSED FINDINGS OF FACT AND DETERMINATION AS TO ALLEGED VIOLATIONS OF SUPERVISED RELEASE** |
|---|---|

## INTRODUCTION

I conducted a hearing on alleged violations of supervised release in this case on December 16, 2011. The defendant appeared pursuant to a warrant issued in this case. The United States was represented by Justin Arnold, and defendant was represented by Lynn Hartfield. Also present was U.S. Probation Officer Felix Calvillo, Jr. The proceedings were digitally recorded.

## SENTENCE AND PRIOR ACTION

Defendant was originally sentenced on April 27, 2007 by the Honorable Marsha J. Pechman for Bank Robbery. He received 51 months of detention and 3 years of supervised release.

Mr. Webb has been before the Court on numerous prior occasions for violations of supervised release conditions. Mr. Webb's sentences have been revoked on July 2, 20010, October 8, 2010, and June 14, 2011. His supervised release has also included modifications and

PROPOSED FINDINGS OF FACT AND
DETERMINATION AS TO ALLEGED VIOLATIONS
OF SUPERVISED RELEASE - 1

other attempts at holding him accountable and providing him opportunities for change.

On June 14, 2011, the Court revoked supervision and imposed a sanction of time served until direct placement in the SEADRUNAR drug treatment program. Mr. Webb was released from custody and commenced inpatient treatment on July 14, 2011.

**PRESENTLY ALLEGED VIOLATIONS**

In a petition dated December 15, 2011, U.S. Probation Officer Felix Calvillo, Jr. alleged that defendant violated the following conditions of supervised release:

1. Failing to satisfactorily participate in and complete the SEADRUNAR drug treatment program on or about December 12, 2011, by withdrawing against staff advice, in violation of the special condition of supervision.

**FINDINGS FOLLOWING EVIDENTIARY HEARING**

Defendant admitted the above violation, waived any hearing as to whether they occurred, and was informed the matter would be set for a disposition hearing on January 9, 2012, at 2:30 p.m. before District Judge Marsha. J. Pechman.

**RECOMMENDED FINDINGS AND CONCLUSIONS**

Based upon the foregoing, I recommend the court find that defendant has violated the conditions of his supervised release as alleged above, and conduct a disposition hearing.

DATED this 16th day of December, 2011.

BRIAN A. TSUCHIDA
United States Magistrate Judge